**Electronically Filed**
**Supreme Court**
**SCWC-14-0000412**
**21-NOV-2014**
**11:58 AM**

SCWC-14-0000412

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CONTINENTAL PACIFIC, LLC by their Managing Agent,
ELITE PACIFIC PROPERTIES, LLC,
Respondent/Plaintiff-Appellee,

vs.

SIMPLICIO CABAN and LENORA G. CABAN, ANGEL A. ADVERSALO and DONNA
L. SHLACHTER, JAZZAREAH NICOLE REYNON, RODNEY MOLIA SALANOA,
ALLAN DAYLE TEJADA, MILTON PATRICK CAULFORD, and LYNNE LAGUA,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000412; CIV. NOS. 1RC13-1-2495, 1RC13-1-2479, 1RC13-1-
2482, 1RC13-1-2481, 1RC13-1-2480, 1RC13-1-2484, 1RC13-1-2483)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

October 13, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, November 21, 2014.

Anthony P. Locricchio,          /s/ Mark E. Recktenwald
for petitioners

                                /s/ Paula A. Nakayama

                                /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson